ROPER CORPORATION, Petitioner,

v.

J.A. BALISTRERI GREENHOUSES, for itself and as assignee of J.A. Balistreri Farms, Inc., Balistreri Greenhouses, Princess Greenhouses, Rosa Floral Co., Tagawa Greenhouses, Inc., and Sable Boulevard Greenhouses, E.I. Du Pont De Nemours & Co., H.H. Robertson Company, and Reichhold Chemicals, Inc., Respondents.

No. 88SC373.

Supreme Court of Colorado,
En Banc.

May 15, 1989.

ORDER OF COURT

Upon consideration of the Motion for Dismissal of Appeal filed by the Appellant with no response filed in the above cause, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that said Motion shall be, and the same hereby is GRANTED and this cause DISMISSED

with each party to bear its own costs on appeal.